**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | Chapter 13 |
| SHIRLEY DEAN TAYLOR, | Case No. 17-30142-KRH |
| Debtor. | |
| SHIRLEY DEAN TAYLOR, | |
| Plaintiff, | Adv. Proc. No. 18-03003-KRH |
| v. | |
| ALLIED TITLE LENDING, LLC d/b/a ALLIED CASH ADVANCE, *et al.*, | |
| Defendants. | |

**JOINT STIPULATION AND CONSENT ORDER
GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

This matter comes before the Court upon the joint stipulation and agreement of Shirley Dean Taylor ("Plaintiff") and defendant Allied Title Lending, LLC, d/b/a Allied Cash Advance ("Allied") to extend the deadline for Allied to file a responsive pleading to the Debtor's Complaint Objecting to Claim No. 8-1 and No. 8-2, for Damages, Costs, and Attorney's Fees Pursuant to the Fair Debt Collection Practices Act of 15 U.S.C. § 1692, for Declaratory Relief, for Injunctive Relief, and for Equitable Relief pursuant to 11 U.S.C. § 105 (the "Complaint")

David R. Ruby (VSB #22703)
William D. Prince IV (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Fax: (804) 780-1813
Email: druby@t-mlaw.com
Email: wprince@t-mlaw.com

*Counsel for Allied Title Lending, LLC*

(Doc. No. 1); the Court having found that notice of this stipulation and consent order was sufficient under the circumstances; and the Court having determined that the parties have agreed to entry by this Court of this Joint Stipulation and Consent Order (the "Order");

Based upon the agreement of the parties and for good cause shown, it is hereby ORDERED that:

1. The deadline for Allied to file responsive pleadings to the Complaint shall be extended until March 1, 2018;

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Date: Feb 19 2018

/s/ Kevin R Huennekens

United States Bankruptcy Judge

Entered on Docket: Feb 20 2018

STIPULATED AND AGREED BY:

By:＿＿＿*/s/ William D. Prince IV*＿＿＿
David R. Ruby (VSB # 22703)
William D. Prince IV (VSB # 77209)
*Thompson* McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com
Email: wprince@t-mlaw.com
*Counsel for Allied Title Lending, LLC*


By: ＿＿*/s/ Mark C. Leffler*＿＿＿＿ (with permission by email dated 2/12/2018)
Mark C. Leffler (VSB # 40712)
Emily Connor Kennedy (VSB # 83889)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Tel: (804) 358-9900
Fax: (804) 358-8704
Email: mcleffler@bolemanlaw.com
*Counsel for Plaintiff*

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by and/or served upon all necessary parties.

＿＿＿＿*/s/ William D. Prince IV*＿＿＿＿
Counsel

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of February, 2018, a true and accurate copy of the foregoing Joint Stipulation and Consent Order was served via First Class U.S. Mail (postage prepaid), via e-mail and/or via the Electronic Case Filing (ECF) system on the following:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Email: USTPRegion04.RH.ECF@usdoj.gov

Mark C. Leffler, Esq.
Emily Connor Kennedy, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
Tel: (804) 358-9900
Fax: (804) 358-8704
Email: mcleffler@bolemanlaw.com
*Counsel for Plaintiff*

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000
*Counsel for Plaintiff*

Thomas D. Domonoske, Esq.
Elizabeth W. Hanes, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Tel: (540) 442-7706
*Counsel for Plaintiff*

                                                */s/ William D. Prince IV*
                                                             Counsel

Counsel for Metabolon, Inc.
David R. Ruby (VSB #22703)
William D. Prince IV (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com
Email: wprince@t-mlaw.com