**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>SHIRLEY DEAN TAYLOR,<br><br>      Debtor. | Chapter 13<br><br>Case No. 17-30142-KRH |
| SHIRLEY DEAN TAYLOR,<br><br>      Plaintiff,<br><br>v.<br><br>Allied Title Lending LLC D/B/A Allied Cash Advance; Cerastes, LLC,<br><br>      Defendants. | Adversary Proceeding #: 18-03003-KRH |

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that Cerastes, LLC ("Cerastes") has filed a Motion (1) to Dismiss the Complaint or (2) In the Alternative to Stay the Adversary Proceeding Pending Resolution of a State Court Lawsuit ("Motion").

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then within 14 days of service of this notice, you or your attorney must:

        ☒ File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H) within 14 days of the

Daniel Ross, #79727
Weinstein & Riley, P.S.
Attorneys for Cerastes, LLC
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490
Facsimile: (206) 269-3493
Email: DanielR@w-legal.com

service of this notice. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above:

>Clerk of the Court
>United States Bankruptcy Court
>701 East Broad Street
>Suite 4000
>Richmond, VA 23219

You must also mail or e-mail a copy to:

>Daniel Ross
>Weinstein & Riley, P.S.
>Attorneys for Cerastes, LLC
>2001 Western Avenue, Suite 400
>Seattle, WA 98121
>Email: DanielR@w-legal.com

☒ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

　　**PLEASE TAKE FURTHER NOTICE** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: March 2, 2018　　　　　　　　　　/s/ Daniel Ross
　　　　　　　　　　　　　　　　　　　Daniel Ross, #79727
　　　　　　　　　　　　　　　　　　　Weinstein & Riley, P.S.
　　　　　　　　　　　　　　　　　　　2001 Western Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　Telephone: (206) 269-3490
　　　　　　　　　　　　　　　　　　　Facsimile: (206) 269-3493
　　　　　　　　　　　　　　　　　　　Email: danielr@w-legal.com
　　　　　　　　　　　　　　　　　　　Attorney for Cerastes, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2018, a true and accurate copy of the foregoing Notice of Motion was served via First Class U.S. Mail (postage prepaid), via email and/or via the Electronic Case Filing (ECF) system on the following:

*Counsel for Plaintiff via ECF Filing:*
Emily Connor Kennedy
Mark C. Leffler
Email: ecf@bolemanlaw.com

*Counsel for Plaintiff via First-Class Mail:*
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803

*Counsel for Plaintiff via First-Class Mail:*
Thomas D. Domonoske
Elizabeth W. Hanes
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601

*Counsel for Allied Title Lending LLC D/B/A Allied Cash Advance via ECF Filing:*
William Daniel Prince, IV
Email: wprince@t-mlaw.com

*Chapter 13 Trustee via First-Class Mail:*
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

*Counsel for Chapter 13 Trustee via First-Class Mail:*
Susan Hope Call
Chapter 13 Trustee's Office
919 East Main Street, Ste. 1601
P.O. Box 1819
Richmond, VA 23218

Dated: March 2, 2018                /s/ Nikole Montufar
                                                Nikole Montufar
                                                Legal Assistant to Daniel Ross