## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Friday the 31st day of August, 2018.*

Shirley Dean Taylor,                                                                          Plaintiff,

against                         Record No. 181087

Allied Title Lending, LLC, d/b/a
Allied Cash Advance, et al.,                                                        Defendants.

The United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, entered an order of certification to the Supreme Court of Virginia in the above-styled proceeding, Case No. 18-03003-KRH, on August 20, 2018.  Rule 5:40 of the Rules of the Supreme Court of Virginia permits this Court to accept certification orders from the Supreme Court of the United States, a United States court of appeals for any circuit, a United States district court, or the highest appellate court of any state, territory, or the District of Columbia.  Upon consideration of the fact that the order of certification was entered by a United States Bankruptcy Court, this Court must respectfully decline to accept the certified questions of law.

A Copy,

Teste:

Clerk

RICHMOND DIVISION

FILED

SEP - 4 2018

FILED

CLERK
U.S. BANKRUPTCY COURT