**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: Shirley Dean Taylor ) <br> Debtor ) <br> ) <br> ) <br> **SHIRLEY DEAN TAYLOR,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **ALLIED TITLE LENDING, LLC d/b/a ALLIED** ) <br> **CASH ADVANCE, and** ) <br> ) <br> **CERASTES, LLC,** ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-30142-KRH <br> Chapter 13 <br><br><br><br> Adv. Pro. No. 18-03003-KRH |

**COMMONWEALTH'S MOTION FOR LEAVE TO FILE PLEADINGS IN INTERVENTION**

The Plaintiff-Intervenor, Commonwealth of Virginia, by, through, and at the relation of the Attorney General of Virginia, Mark R. Herring (the "Intervenor" or the "Commonwealth"), hereby moves to intervene in the above-captioned civil action pursuant to Rule 7024 of the Federal Rules of Bankruptcy Procedure and Rule 24(b) of the Federal Rules of Civil Procedure. A true and accurate copy of the Commonwealth's proposed Complaint in Intervention is attached as Exhibit A, and its Opposition to the Motion to Dismiss filed by Allied Title Lending, is attached as Exhibit B.

In support of its motion, the Commonwealth states that it meets all criteria for intervention pursuant to Rule 24(b) and further relies upon its accompanying memorandum of law.

1

WHEREFORE, the Commonwealth respectfully requests to intervene in this action pursuant to Rule 24(b) as the Plaintiff-Intervenor.

                                      COMMONWEALTH OF VIRGINIA,
                                      *EX. REL.* MARK R. HERRING,
                                      ATTORNEY GENERAL

                                By:    /s/ Erin E. Witte

Mark R. Herring
Attorney General

Cynthia E. Hudson
Chief Deputy Attorney General

Samuel T. Towell
Deputy Attorney General

Richard S. Schweiker, Jr.
Chief and Senior Assistant Attorney General

David B. Irvin (VSB No. 23927)
Senior Assistant Attorney General
Erin E. Witte (VSB No. 81096)
James E. Scott (VSB No. 88882)
Assistant Attorneys General
Consumer Protection Section
Predatory Lending Unit
202 North Ninth Street
Richmond, Virginia 23219
Phone: (703) 359-6716
Fax: (804) 786-0122

Certificate of Service

   I hereby certify that on the 8th day of November 2018, a true and accurate copy of the foregoing Motion for Leave to File Pleadings in Intervention was delivered via email and/or the electronic case filing (ECF) system to the following:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304 Richmond, Virginia 23219
Email: USTPRegion04.RH.ECF@usdoj.gov

David R. Ruby, Esq.
William D. Prince, IV, Esq.
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Email: druby@t-mlaw.com
*Counsel for Defendant Allied Title Lending, LLC*

Daniel Ross, Esq.
Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 38121
Email: danielr@w-legal.com
*Counsel for Defendant Cerastes, LLC*

Mark C. Leffler, Esq.
Emily Connor Kennedy, Esq.
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
Tel: (804) 358-9900
Fax: (804) 358-8704
Email: mcleffler@bolemanlaw.com
*Counsel for Plaintiff Shirley Dean Taylor*

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000
*Counsel for Plaintiff Shirley Dean Taylor*

Thomas D. Domonoske, Esq.
Elizabeth W. Hanes, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Tel: (540) 442-7706
*Counsel for Plaintiff Shirley Dean Taylor*

      /s/ Erin E. Witte
      Counsel